# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| STANLEY MONSEF, AN INDIVIDUAL,<br>Appellant,<br>vs.<br>CANYON WILLOW PECOS OWNERS'<br>ASSOCIATION, A NEVADA NON-<br>PROFIT CORPORATION,<br>Respondent. | No. 85543<br><br>**FILED**<br><br>NOV 17 2022<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY_____<br>DEPUTY CLERK |

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order regarding attorney fees and costs. Eighth Judicial District Court, Clark County; Mark R. Denton, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal was prematurely filed under NRAP 4(a) because it appears it was filed after the timely filing of a tolling motion under NRAP 4(a)(4) and before the tolling motion was formally resolved. A timely tolling motion terminates the 30-day appeal period, and a notice of appeal is of no effect if it is filed after such a tolling motion is filed, and before the district court enters a written order finally resolving the motion. *See AA Primo Builders v. Washington*, 126 Nev. 578, 245 P.3d 1190 (2010); NRAP 4(a)(4). This court lacks jurisdiction, and

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

22-36138

cc: Hon. Mark R. Denton, District Judge
Stanley Monsef
Marquis Aurbach Chtd.
Eighth District Court Clerk